

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2013

No. 04-13-00083-CV

**HALE LAND AND CATTLE COMPANY, INC.,**
Appellant

v.

**SILVARIS CORPORATION**, d/b/a Low Grade Lumber and Alcalosa Forwarding, Inc.,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 08-12-24038-MCV
Honorable Cynthia L. Muniz, Judge Presiding

No. 04-13-00320-CV

**IN RE HALE LAND AND CATTLE COMPANY, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

       The court has considered the Motion for Reconsideration En Banc filed by Hale Land and Cattle Company, Inc. and the motion is DENIED.

---

[1] This proceeding arises out of Cause No. 08-12-24038-MCV, styled *Silvaris Corporation, D/B/A Low Grade Lumber and Alcalosa Forwarding, Inc. v. Hale Land and Cattle Company, Inc.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Cynthia L. Muniz presiding.

It is so **ORDERED** on August 27, 2013.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2013.

_____
Keith E. Hottle
Clerk of Court